**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, GENE PLYLEY**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GENE PLYLEY,**<br><br>      **Plaintiff,**<br>**v.**<br><br>**GRANADA REHABILITATION & WELLNESS CENTER, LP, a California Limited Partnership, SHG RESOURCES, LP, a Delaware Limited Partnership, and DOES ONE to FIFTY, inclusive,**<br><br>      **Defendants.** | Case No. 12-CV-4325 NJV<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER**<br>Pursuant to FRCP 41(a)(1)(A)(ii) |

     Plaintiff **GENE PLYLEY** and Defendants **GRANADA REHABILITATION & WELLNESS CENTER, LP, and SHG RESOURCES, LP** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

     1.    The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

SINGLETON LAW GROUP

Dated: February 15, 2013

Jason K. Singleton, Attorney for
Plaintiff, GENE PLYLEY

DE CASTRO LAW GROUP, P. C.

Dated: February 14, 2013

Jose-Manuel de Castro, Attorneys for Defendants,
**GRANADA REHABILITATION & WELLNESS
CENTER, L.P. and SHG RESOURCES, L.P.**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>PLYLEY vs GRANADA REHABILITATION & WELLNESS CENTER, et al.</u>, Case Number 12-CV-4325 NJV, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: February 25, 2013

NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL, ~~PROPOSED~~ ORDER   2                              12-CV-4325 NJV